D+F January 16 '2006

Mr. Richard Moreno #00A2246
Elmira Correctional Facility
P.O. Box - 500
Elmira, New York 14902-0500

*because no appeal has been filed & no action is presently pending before the Court, this application must be denied.*

*So Ordered.*
*s/Reena Raggi*
*USCJ 2/2/06*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 20 2006
BROOKLYN OFFICE

Hon. Judge Reena Raggi
Eastern District of New York
U.S. Court House, 225 Cadman Plaza
East, Brooklyn, New York. 11201

Re. U.S. v. Wagner CR-00-1078 et. al
Requesting Sentencing Transcript of November 10, 2005.

Dear Judge Raggie'

At this time I would like to make a formal request for the purpose of obtaining the sentence minutes to the above-referenced docket numbers.

I thank you kindly and respectfully in advance, and anxiously await this Court response.

Sincerely
Richard Moreno

cc File
Barry W. Rhodes